**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**IN RE ERGON MARINE & INDUSTRIAL**
**SUPPLY, INC.**         **PLAINTIFF**

**VS.**         **CIVIL ACTION NO. 3:17-cv-586-CWR-FKB**

**SCF WAXLER MARINE LLC, et al.**         **DEFENDANTS**

**ORDER FINDING AS MOOT**
**MOTION TO SEEK DISCOVERY**

Before the Court is Jim Weeks's Motion to Seek Discovery [11]. Weeks sought an order from the Court permitting him to take depositions in this matter prior to the convening of a scheduling conference and the Court entering a Case Management Order. The Court has now entered a Case Management Order [26] which governs discovery in this case. Accordingly, Weeks' motion is now moot.

SO ORDERED this the 11th day of January, 2018.

        /s/ F. Keith Ball
        UNITED STATES MAGISTRATE JUDGE